In re Spahr, Daniel Mr. & Mrs.; Spahr, David Mr. & Mrs.; Spahr, Anita; Spahr, Charlotte; Spahr, Heidi; Spahr, Charles C. IV; Spahr, Daniel; Spahr, Daniel Jr.; Spahr, Tracey Lyn; Spahr, David; Spahr, David P.; Spahr, Baron A.; Caldarera, Anne Ward; Ward, Jeffrey Lawton; Charles E. Spahr Distributor Inc.; Spahr Enterprises Inc.; Spahr, Charles E. Ill et al.; Spahr, Charles E. Ill, Mrs.; Ward, Katherine Spahr; Spahr, Louise B.;— Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. H, Nos. 98-5840; to the Court of Appeal, Fourth Circuit, No. 99-C-2798.
Denied.
TRAYLOR, J., not on panel; JOHNSON, J., would grant the writ.